IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  RUFINA GARCIA-RODRIGUEZ,  Defendant. | 8:12CR330  ORDER |

Defendant has moved to continue defendant's change of plea hearing (filing 27). The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue (filing 27) is granted.

2) On Court's motion, pleadings 27 and 28 are sealed.

2) The defendant's plea hearing will be held before the undersigned judge on June 10, 2013 at 3:30 p.m., in Courtroom 1, Fourth Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska  The defendant is ordered to appear at this hearing.

3) For the reasons stated by counsel in the motion, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and the date of the anticipated plea of guilty shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

March 25, 2013.

BY THE COURT:

s/ John M. Gerrard
United States District Judge