IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:12CR330** |
| vs. | |
| RUFINA GARCIA-RODRIGUEZ, | **ORDER** |
| Defendant. | |

Defendant has moved to continue defendant's change of plea hearing (filing no. 44). As explained in the motion, the parties need additional time to engage in plea discussions. The motion to continue is unopposed. Based on the showing set forth in the motion, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1)    Defendant's motion to continue (filing no. 44) is granted.

2)    The defendant's plea hearing will be held before the undersigned judge on May 9, 2014, at 2:30 p.m., Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant is ordered to appear at this hearing.

3)    For the reasons stated by counsel in the motion, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interests of the defendant and the public in a speedy trial. Accordingly, the time between today's date and the acceptance or rejection of the anticipated plea of guilty shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

Dated this 10th day of April, 2014.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge